UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 95-225 (KSH) |
| | : | |
| BRUCE ROBERTS | : | <u>ORDER</u> |

This matter having been opened on the pro-se motion of Defendant, Bruce Boberts, and the Court having considered the submissions of the parties, the Court makes the following findings:

1. The Defendant was convicted in 1995 and sentenced to, inter alia, a fine of $5,000 and restitution of $2,900; and

2. The Defendant subsequently filed successive applications challenging his sentence, each of which was denied; and

3. In dismissing a September 2007 motion by the Defendant, this Court concluded on December 31, 2007 that the Defendant had exhausted his remedies pursuant to 28 U.S.C. 2255 and, accordingly, the Court lacked jurisdiction over his application; and

4. The present motion is substantially identical to the Defendant's September 2007 motion;

5. Accordingly, the Court lacks jurisdiction over the Defendant's present application.

IT IS, therefore, on this <u>9th</u> day of December 2011,

ORDERED, that Defendant's May 21, 2009 petition (Docket Entry #15) is dismissed for lack of jurisdiction.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN
United States District Judge